J Christopher Jorgensen
Nevada Bar No. 5382
Anona Su
Nevada Bar No. 16140
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Tel: 702.949.8200
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendant Barclays Bank Delaware*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY GATES, | Case No.: 2:26-cv-00557 |
| Plaintiff, | |
| v. | **STIPULATION AND MOTION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO RESPOND TO COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; and BARCLAYS BANK DELAWARE, | |
| Defendants. | **(First Request)** |

**THIS STIPULATION AND MOTION** is entered into by and between Defendant Barclays Bank Delaware ("Barclays") and Plaintiff Gary Gates ("Gates," and together with Barclays, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend Barclays' deadline to respond to Plaintiff's Complaint from March 31, 2026 until April 28, 2026 based on the following:

1. This is the first request for an extension of time for Barclays to respond to Plaintiff's Complaint.

2. On February 27, 2026, Gates filed a Complaint with this Court [ECF No. 1].

3. Gates served Barclays' registered agent with the Complaint on March 2, 2026.

- 1 -

STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO
RESPOND TO COMPLAINT

4. Based on the date of service of the Summons and Complaint, Barclays' current deadline to respond to the Complaint is March 31, 2026.

5. Barclays requests this extension to investigate all relevant matters, ascertain the veracity of the averments in Plaintiff's Complaint, analyze and ascertain any and all affirmative and other defenses, and otherwise submit a proper response to the Complaint.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulation and agree to extend the deadline for Barclays to respond to the Complaint, up to and including April 28, 2026.

**IT IS SO STIPULATED**

DATED this 27th day of March, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*
   J Christopher Jorgensen, Esq.
   Nevada Bar No. 5382
   Anona Su, Esq.
   Nevada Bar No. 16140
   8488 Rozita Lee Avenue, Suite 400
   Las Vegas, NV 89113

*Attorneys for Defendant Barclays Bank Delaware*

**FREEDOM LAW FIRM, LLC**

By: */s/ Gerardo Avalos*
   Gerardo Avalos, Esq.
   Nevada Bar No. 15171
   George Haines, Esq.
   Nevada Bar No. 9411
   8985 South Eastern Ave., Suite 100
   Las Vegas, NV 89123

*Attorney for Plaintiff Gary Gates*

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO RESPOND TO COMPLAINT

## ORDER

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant Barclays Bank Delaware shall have until April 28, 2026 to file a response to the Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   __March 30, 2026_____

Respectfully submitted by:

**WOMBLE BOND DICKINSON (US) LLP**

By: _/s/ Anona Su_____
    J Christopher Jorgensen, Esq.
    Nevada Bar No. 5382
    Anona Su, Esq.
    Nevada Bar No. 16140
    8488 Rozita Lee Avenue, Suite 400
    Las Vegas, NV 89113

_Attorneys for Barclays Bank Delaware_

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

- 3 -
STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO RESPOND TO COMPLAINT